*E-Filed 8/23/10*

KIMBERLY K. DODD, CA BAR NO. 235109
KDODD@FOLEY.COM
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:   414-271-2400
FACSIMILE:    414-297-4900

ALLEN A. ARNTSEN (ADMITTED *PRO HAC VICE*)
AARNTSEN@FOLEY.COM
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
150 EAST GILMAN STREET
MADISON, WI 53703
TELEPHONE:   608-257-5035
FACSIMILE:    608-258-4258

JUSTIN E. GRAY (ADMITTED *PRO HAC VICE*)
JEGRAY@FOLEY.COM
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:   858-847-6700
FACSIMILE:    858-792-6773

*Attorneys for Defendant, Spectrum Brands, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS INC.,<br><br>Defendant. | Case No:  5:10-cv-01654-RS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL ROBERT E. CAMORS, JR. AND [~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5(a), Robert E. Camors, Jr., hereby seeks an Order from this Court allowing withdrawal as counsel in the above-captioned action.  Kimberly K. Dodd, of Foley & Lardner LLP, 777 East Wisconsin Avenue, Milwaukee, WI 53202-5306; Allen A. Arntsen (appearing *pro hac vice*), of Foley & Lardner LLP, 150 East Gilman Street, Madison, WI 53703; and Justin E. Gray (appearing *pro hac vice*), of Foley & Lardner LLP, 3579 Valley Centre Drive, Suite 300, San Diego, Ca 92130-3302, will continue as counsel of record for Defendant Spectrum Brands, Inc.  The Defendant Spectrum Brands has received notice of this withdrawal and has no objection.

Dated:  August 17, 2010        **FOLEY & LARDNER LLP**

By:    */s/ Robert E. Camors, Jr.*
           Robert E. Camors, Jr.

Dated:  August 17, 2010        **FOLEY & LARDNER LLP**

By:    */s/ Kimberly K. Dodd*
           Kimberly K. Dodd
           Allen A. Arntsen
           Justin E. Gray
           Foley & Lardner LLP
           Attorneys for Defendant
              Spectrum Brands, Inc.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:  8/23 , 2010        **FOLEY & LARDNER LLP**

By: *[signature]*
       Honorable Richard Seeborg
       United States District Court Judge