Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Francisco Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Spectrum Brands Inc.<br><br>Defendant | Case No. 5:10-cv-01654-RS-HRL<br><br>**Stipulation For Motion Briefing and Hearing Schedule and [Proposed] Order** |

The parties stipulate as follows:

1. On February 3, 2011, the court held a case management conference (CMC) in this case, jointly with other cases in which the defendants were severed from *San Francisco Technology Inc. v. Adobe Systems Inc.*, Case No. 5:09-cv-06083-RS.

2. The defendants have indicated that they intend to file motions to dismiss.  At the CMC, the court directed the parties to meet and confer on a schedule for briefing and hearing motions to dismiss that the defendants intend to file.  The parties exchanged emails and held a telephone conference call on the morning of February 7, 2011.  During that conference call, the parties agreed to the following schedule:

| Date | Event |
|---|---|
| March 14, 2011 | Deadline for defendants to file motions to dismiss |
| May 5, 2011 | Deadline for plaintiff to file oppositions to motions to dismiss |
| May 12, 2011 | Deadline for defendants to file replies |
| May 26, 2011, 1:30pm | Hearing on motions to dismiss |

3.  The parties jointly request that the court adopt this schedule for the defendants' motions to dismiss.

Date: February 10, 2011          Mount, Spelman & Fingerman, P.C.,

/s/ Daniel H. Fingerman
Counsel for San Francisco Technology Inc.

Date: February 10, 2011          Foley & Lardner,

/s/ Allen A. Arntsen
Counsel for Spectrum Brands Inc.

Pursuant to stipulation, it is so ordered.

Date: 2/10/11

Honorable Richard Seeborg, U.S. District Judge