*E-Filed 6/30/11*

Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke, Esq. (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
       blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Francisco Division

| | |
|---|---|
| San Francisco Technology Inc. | Case No. 5:10-cv-01654-RS-HRL |
| Plaintiff | **Joint Motion for Judgment of Dismissal and [Proposed] Order** |
| vs. | |
| Spectrum Brands Inc. | |
| Defendant | |

1  Relator San Francisco Technology, Inc. and Defendant Spectrum Brands Inc., jointly move
2  for judgment dismissing all claims that were or could have been asserted in this action with prejudice,
3  with each party to bear its own costs, expenses and attorneys fees.

4  Date: June 30, 2011  Mount, Spelman & Fingerman, P.C.

5      /s/ Benjamin R. Lemke
  Counsel for San Francisco Technology Inc.

6  Date: June 30, 2011  Foley & Lardner LLP

7      /s/ Allen A. Arntsen
  Counsel for Spectrum Brands Inc.

8

9  As the attorney electronically filing this document, I attest that each above signatory has
10  concurred in this filing.

11  Date: June 30, 2011  Mount, Spelman & Fingerman, P.C.

12      /s/ Benjamin R. Lemke
13    Counsel for San Francisco Technology Inc.

14

15  It is so ordered.

16  Date: 6/30/11

17  Richard Seeborg, U.S. District Judge

Case No. 5:10-cv-01654-RS-HRL  Page 1